TOWN OF BRANFORD SEWER AUTHORITY *v.* MARY M. WILLIAMS, ADMINISTRATRIX (ESTATE OF FRANK R. WILLIAMS), ET AL.

TOWN OF BRANFORD SEWER AUTHORITY *v.* SARAH G. ROSENTHAL, ADMINISTRATRIX (ESTATE OF ROSE ROSENTHAL), ET AL.

The motion by the plaintiff in each case to dismiss the appeal in each case from the Superior Court in New Haven County is denied.

*Howard F. Zoarski,* for the appellee (plaintiff) in each case.

*Nathan A. Resnik,* for the appellants (defendants) in each case.

Argued October 4—decided October 7, 1966

The motion by the defendants in each case to set aside the order of the Superior Court in New Haven County terminating, in each case, the stay of execution entitled "Motion for Review of Order Terminating Stay of Execution" is denied.

*Nathan A. Resnik,* in support of the motions.

*Howard F. Zoarski,* in opposition.

Submitted September 26—decided October 7, 1966

The motion by the plaintiff in each case that the defendants post a bond for additional losses in the appeal in each case from the Superior Court in New Haven County is dismissed.

*Howard F. Zoarski,* in support of the motions.

*Nathan A. Resnik,* in opposition.